1   ANDRÉ BIROTTE JR.
    Acting United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    HEATHER M. MELTON
4   Special Assistant United States Attorney
    California State Bar No. 260870
5        333 Market Street, Suite 1500
         San Francisco, California 94105
6        Telephone: (415) 977-8940
         Facsimile:  (415) 744-0134
7        E-Mail: heather.melton@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA
10                        EASTERN DIVISION

11  SUSAN DENTON,                     )
                                      )
12                  Plaintiff,        )    Case No. 5:09-01486:FFM
                                      )
13            v.                      )    [PROPOSED] JUDGEMENT OF
                                      )    REMAND
14  MICHAEL J. ASTRUE,                )
    Commissioner of Social Security,  )
15                                    )
                    Defendant.        )
16  _____ )

17        The Court having approved the parties' stipulation to remand this case pursuant to

18  Sentence 4 of U.S.C. § 405(g) for further proceedings consistent with that stipulation and entry

19  for judgment for Plaintiff, judgment is hereby entered for Plaintiff.

20

21  DATED:        March 24, 2010

22
                          ___/S/ FREDERICK F. MUMM_____
23                        HONORABLE FREDERICK F. MUMM
                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28